UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY: _CAS_ D.C.

2005 AUG -8  AM 11: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Cr. No. 05-20284-B |
| ) | |
| EARL BARBER,   ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the Court for a Writ to have Earl Barber, BKG #04122376, DOB 04-30-81, is now being detained in the Shelby County Jail appear before the Honorable S. Thomas Anderson on 10th, August, 2005, at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of August, 2005.

_____
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Earl Barber_____

appear before the S. Thomas Anderson at the date and time aforementioned.

ENTERED this _8_ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20284 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT