IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24  PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
WD OF TN. MEMPHIS

UNITED STATES OF AMERICA

V.                                                          Cr. No. 05-20284-STA

EARL BARBER

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Due to a clerical error, the Marshal's Service did not know to have the defendant present for

arraignment on this date.  Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A)

the court may grant the defendant a period of excludable delay to serve the ends of justice, if the

defendant is unavailable or absent.

IT IS THEREFORE ORDERED that the time period of August 17, 2005 through August 24,

2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, August 24, 2005 at 10:00 a.m.**

**BEFORE MAGISTRATE JUDGE ANDERSON.**

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: _August 24, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-25-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20284 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT